UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# ALROY RICHARDS

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

21 CV _____ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

-against-

NEW YORK CITY HEALTH & HOSPITALS CORPORATION Attn: Corporation Counsel

_____

(full name(s) of the defendant(s)/respondent(s))

\* See extra sheet attached, regarding additional Respondents-Defendants

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1.  *Are you incarcerated?*  ☐ Yes  ■ No  (If "No," go to Question 2.)
    I am being held at:  **N/A**

    Do you receive any payment from this institution?  ☐ Yes  ■ No
    Monthly amount: **N/A**

    If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2.  Are you presently employed?  ■ Yes  ☐ No
    If "yes," my employer's name and address are: [redacted] Sing Home Road N.Y. 11[redacted]

    *pay advices attached*

    Gross monthly pay or wages:  **$2,600.00**

    If "no," what was your last date of employment?  **N/A**

    Gross monthly wages at the time:  **N/A**

3.  In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

    (a) Business, profession, or other self-employment  ☐ Yes  ☑ No
    (b) Rent payments, interest, or dividends  ☐ Yes  ■ No

SDNY Rev: 8/5/2015

Type of Document: <u>FORMA</u> <u>PAUPERIS</u>

Case #: 21 CV

   Federal Court, SDNY - Civil

ALROY RICHARDS - <u>Plaintiff</u>
                VS.

1. NEW YORK CITY HEALTH and HOSPITALS CORPORATION
   <u>Attn</u> - Corporation Counsel

2. Mr SCOTT STRINGER, in his official capacity, of
   New York City Comptroller - or his successor
   <u>Attn</u> - Corporation Counsel

3. Dr MITCHELL KATZ, in his official capacity, of
   President, New York City Health & Hospitals Corporation
   <u>Attn</u> - Corporation Counsel - or his Successor

4. NEW YORK STATE DIVISION on HUMAN RIGHTS
   <u>Attn</u> - Corporation Counsel

                                        Respondents-Defendants

Attached to: <u>FORMA</u> <u>PAUPERIS</u>

Signed: Alroy Richards
            Plaintiff

Dated: 10/16/2021

ALROY ~~RICHARDS~~ ~~v. NEW YORK CITY HEALTH & HOSPITALS~~ CORPORATION
Attn-Corporation Counsel et al
Case 1:21-cv-08632-LTS   Document 1   Filed 10/20/21   Page 3 of 5

10/03/21 - 10/09/21

**PAYROLL STUB**



| Check Number | Period End. | Name | | I.D. No. | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|---|
| 91 | 10/09/21 | RICHARDS, ALROY | | | 16.5000 | 0002.0000 | S 0 | N |

| DESCRIPTION | HOURS | RATE | EARNINGS | | ADDITIONS/DEDUCTIONS THIS PAY | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REG | 36.25 | 18.0000 | 652.50 | D.D.-CN | 530.54 | | | | |

| | CARRYOVER | ACCRUED | USED | BALANCE |
|---|---|---|---|---|
| SICK | .00 | 3.74 | .00 | 3.74 |

| THIS PAY | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
| | 652.50 | 45.51 | 25.93 | 0.00 | 40.46 | 9.46 | 0.60 | 530.54 |
| YR.TO DATE | 2050.00 | 144.63 | 81.82 | 0.00 | 127.10 | 29.73 | 1.80 | |

Software by

---

BROOKLYN, NY 11

**PAYROLL ACCOUNT**

| Check No. 91 | Co. I.D | Department 0002.0000 | I.D. Number | Social Security Number | Pay Date 10/13/21 | Net Pay $.00 |
|---|---|---|---|---|---|---|

Pay This Amount   *** VOID *** VOID *** VOID *** VOID *** VOID ***

**Td Bank**

Pay To The
Order Of:   RICHARDS, ALROY

VALLEY STREAM, NY 11580

*** VOID *** VOID ***
*** VOID *** VOID ***

AUTHORIZED SIGNATURE

---

BROOKLYN, NY 11204

RICHARDS, ALROY

VALLEY STREAM, NY 11580          0002.0000

3

**PAYROLL STUB**     09/26/21 - 10/02/21

| Check Number | Period End. | Name | | I.D. No. | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|---|
| ▉57 | 10/02/21 | RICHARDS, ALROY | | ▉ | 16.5000 | 0002.0000 | S 0 | N |

| DESCRIPTION | HOURS | RATE | EARNINGS | ADDITIONS/DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| | | | | ADJ $ T | 25.00 | D.D.-CN | 23.09 |
| | | | | | | | |
| | | | | | | | |
| | | | | SICK | CARRYOVER .00 | ACCRUED 2.53 | USED .00 | BALANCE 2.53 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 25.00 | 0.00 | 0.00 | 0.00 | 1.55 | 0.36 | 0.00 | 23.09 |
| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
| YR TO DATE | 1397.50 | 99.12 | 55.89 | 0.00 | 86.65 | 20.26 | 1.20 | |

Software by ▉



BROOKLYN, NY 11█
Telephone Number: (718) ▉

**PAYROLL ACCOUNT**

| Check No. | Co. I.D | Department | I.D. Number | Social Security Number | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| ▉ | | 0002.0000 | ▉ | ▉ | 10/06/21 | $.00 |

\*\*\* VOID \*\*\* VOID \*\*\* VOID \*\*\* VOID \*\*\* VOID \*\*\*
Pay This Amount

**Td Bank**

Pay To The Order Of:   RICHARDS, ALROY
▉
VALLEY STREAM, NY 11580

\*\*\* VOID \*\*\* VOID \*\*\*
\*\*\* ~~VOID~~ \*\*\* ~~VOID~~ \*\*\*

AUTHORIZED SIGNATURE

BROOKLYN, NY 11204

RICHARDS, ALROY
▉
VALLEY STREAM, NY 11580          0002.0000

**PAYROLL STUB**

09/19/21 – 09/25/21

| Check Number | Period End. | Name | I.D. No. | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| | 09/25/21 | RICHARDS, ALROY | | 16.5000 | 0002.0000 | S 0 | N |

| DESCRIPTION | HOURS | RATE | EARNINGS | ADDITIONS/DEDUCTIONS THIS PAY | | | | |
|---|---|---|---|---|---|---|---|---|
| REG | 21.25 | 15.0000 | 318.75 | D.D.-CN | 460.25 | | | |
| REG | 14.50 | 16.5000 | 239.25 | | | | | |

| | | | | SICK | CARRYOVER .00 | ACCRUED 1.19 | USED .00 | BALANCE 1.19 |
|---|---|---|---|---|---|---|---|---|

| THIS PAY | 558.00 | 34.17 | 20.29 | 0.00 | 34.60 | 8.09 | 0.60 | 460.25 |
|---|---|---|---|---|---|---|---|---|
| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
| YR.TO DATE | 558.00 | 34.17 | 20.29 | 0.00 | 34.60 | 8.09 | 0.60 | |

Telephone Number:                              BROOKLYN, NY 11

**PAYROLL ACCOUNT**

| Check No. | Co. I.D | 0002.0000 Department | I.D. Number | Social Security Number | 09/30/21 Pay Date | $.00 Net Pay |
|---|---|---|---|---|---|---|

Pay This Amount    *** VOID *** VOID *** VOID *** VOID *** VOID ***

**Td Bank**

Pay To The
Order Of:    RICHARDS, ALROY

VALLEY STREAM, NY 11580

*** VOID *** VOID ***
*** VOID *** VOID ***

AUTHORIZED SIGNATURE

BROOKLYN, NY 11204

RICHARDS, ALROY                                    0002.0000

VALLEY STREAM, NY 11580